UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

P.M., Individually and on behalf of J.M., a
child with a disability, and J.M., individually,

                              Plaintiff,

                                                              ORDER
             v.                                               08-CV-168A

EVANS-BRANT CENTRAL SCHOOL
DISTRICT,

                              Defendant.

             The above-referenced case was referred to Magistrate Judge H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b).  On September 2, 2008, Magistrate

Judge Schroeder filed a Report and Recommendation, recommending that defendant's

motion to dismiss be granted in part and denied in part and that plaintiff's motion to

amend the complaint be denied as moot.

             The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

             ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's

motion to dismiss is granted in part and denied in part and plaintiff's motion to amend

the complaint is denied as moot.

             The case is referred back to Magistrate Judge Schroeder for further

proceedings.

SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  September  22 , 2008